# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**COMPLAINT FORM**

MAR 13 2025 PM3:24
FILED-USDC-CT-HARTFORD

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Anna Sullivan

v.

Jeffrey Bezos
Stacey Abrams
~~[scribbled]~~ Brown
Kentaji Brown
Jerome Powell
Elon Musk
Kim Kardashian   Kylie Jenner

Full names of Defendant(s)
(Do not use *et al.*)

Case No. _____
(To be supplied by the Court)

• please see attached sheet for list of full names.

## A. PARTIES

1. __Anna Sullivan__ is a citizen of __Connecticut__ who
   (Plaintiff)                                    (State)
presently resides at __211 Girard Ave Hartford, CT 06105__.
   (mailing address)

2. Defendant __Jeffrey Bezos__ is a citizen of __Miami Washington Connecticut__
   (name of first defendant)                      (State)
whose address is _____.

3. Defendant **Marc Bezos** is a citizen of **New York**
   (name of second defendant)                    (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

I have a brain tumor caused by Jeffrey and marcus Bezos attaching a Blue Origin Nasa satelite to my forehead to contact me from a space satelite over my home and can connect to any satelite wherever I go.

Please see attached story and documentation. I need the fee waiver approved because they have not been able to work for years for their ability to devoid me for suit.

2

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** _____

_____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:** _____

_____

_____

Supporting Facts:

### E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

Seek all parties entire Net worth for devoid of payment and attempt to murder.

### F. JURY DEMAND

Do you wish to have a jury trial?  Yes    (No)

_____  
Original signature of attorney (if any)

**Plaintiff's Original Signature**

_____  
Printed Name

Printed Name  
Anna Sullivan

( )  
Attorney's full address and telephone

(860) 692-4147  
Plaintiff's full address and telephone  
211 Girard Ave  
Hartford, CT 06105

Email address if available

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Hartford, CT   on  3/12/25  .  
         (location)              (date)

**Plaintiff's Original Signature**

(Rev.3/29/16)

5

Anna Sullivan

Mark Bezos created a plan to try to date and marry me from my brain. He created a lie after stalking me for 20 years. He took the devil pill at 20 years old. The devil pill has the strongest toxins of adrenochrome blood from a lamb. It makes them feel angry at all times.

He was part of a study from Jerome Powell, Washington D.C. correlated with the Hartford West End Scientolgy neighborhood where the Governor's Mansion is located. They secretly studied this neighborhood and on me for being part of a study "Kids 2000". He followed me for the rest of my life and tried to ruin it with an obsessive vengeance against me. He tried to ruin my love relationships and wanted it for himself in the end as a jealous pedophile.

Jeff Bezos and Jerome Powell created a plan to add a tumor to my brain underneath my scalp so that no one could see it or believe me. He then connected it to a data line that is being run through a satellite in the sky so that no one can verify it.

The satellite is through Jeff Bezos' Blue Origin, Elon Musks' Starlink security line, as well as NASA's data satellite that is also running everywhere in the world.

They said they have always done this to everyone and can read their thoughts and intentions through their robot softwares that is connected to their stations and homes.

He told the Kardashians about it and included them because they get paid to stay quiet about it and accept that they are evil as a privilege to them against society.

Mark Bezos started talking to me through this system one day in May 2023 and John Larson and Ned Lamont helped them. Mark Bezos pretended to be Jeff Bezos and said,

"Anna, this Jeff Bezos; I saw that you took the Amazon Web Services course at college and know that the presidential party and Ned Lamont are bothering you and sexually harassing you through the new world order mind attack system that they developed through 5G technology and satellites. They are jealous of anyone who is young and attractive and are secretly attacking young adults without elders knowing about it because they are killing elders through covid and cancer. This is why they released the virus to the world as a hate crime and for money to make off of everyone's death. No one knows about this.

I developed a better way to reach people and help them against them since I know they are corrupt and Pizzagate rapists. They are killing everyone this way but they don't know about it. This is part of the aging process where they make people die by the age of 60-80 in the world for population control. I watched them do this to you and know that you don't deserve this and want you to become a famous celebrity and model so that you don't have to go through this and I always loved you and admired you for your beauty and kindness and want to be in a relationship with you and want to help you develop and fund your business that you created because I know that you are the most beautiful and talented designer and I know the state that you're from is very jealous and broken especially the city of Hartford. They have nothing going on there because they never have and Governor Ned Lamont stalked your business and designs and wanted your business for himself and you don't deserve to be singled out in the dark like that. There is a black male against you in the state of Connecticut who sexually harrassed you and got caught who is behind the scenes in the United States, Connecticut alien shelter that no one knows about except the CIA/Military. They have their own judges above the Superior and Supreme court system.

I would like to meet up with you at Cava Restaurant in Southington to have a diamond dinner and will be presenting a million dollar diamond ring to you to propose to you on the spot in person so that you know that I'm serious and discuss your business development and the castle that I will be buying for you. So I showed up while he told me he was attacked to not show up. He was attacked by his Feds/guards and family who

have Jeff, Mark and his friend held hostage."

Christina Bezos helped Mark Bezos and Jeff Bezos with this plan. They are all part of the satanic system that they were raised in through the Mormon system.

Ned Lamont has a satellite over The West End through Mark Bezos to know his enemies and stalk and study me illegally behind Connecticut's back.

The military releases chem trails in the sky to hack the matter of the air and people's brains through their machines connected to the pentagon.

Vernon Riddick was the one bothering me through the FBI system in my brain, sexually harassing me that I ran to Ned Lamont for help and clarification that he told me to register my business with Connecticut.

There is a black hate crime crew in Hollywood who stalks Hartford and steals ideas from me and styles to signal me that they know me because everyone was jealous of me and used.

Jeff Bezos has a human trafficking camp in his house

Bill Gates also provided vaccines for Jeff Bezos, Elon Musk and Mark Bezos to distribute to their patients/hostages

Mark Zuckerberg he was helping through data and marketing to distract and signal me and stole my ideas and used it for the tech business world and sold the data back to Xi Jinping

Jerome Powell
Bill Gates
Elon Musk
Jeff Bezos
Lauren Sanchez
Mark Zuckerberg
MacKenzie Scott
Rosa DeLauro
Abigail Johnson
Ned Lamont
John Larson

Susan Byzcwics
Miguel Bezos
Christina Bezos
Jaclyn Bezos
Drake Aubrey Graham
Nicki Minaj
Kim Kardashian
Kylie Jenner
Khloe Kardashian
Kris Jenner
Kendall Jenner
Robert Kardsashian
Kourtney Kardashian
Travis Barker
Xi Jinping
Kim Jong Un
Vladimir Putin

Kendrick Lamar
Tory Lanez
Jay-Z

Stacey Abrams
Kentaj Brown

Vernon Riddick and African American female assistant

This is the mormon system. Jeff Bezos is running the system and they all have to go along for their money that they recieve through him as a pedophile. They wanted to let me know. Jeff and Jerome Powell always stalked me through this since I was born. ~~~~~~~~~ Anna ~~~

Vernon Riddick has a vengence against me while he used Jeff Bezos system to spy on me for sexual harrassment. He is with The FBI and West Hartford police cheif. Ned Lamont put him in charge of nothing. He took it upon himself to stalk me for sexual harrassment through my eyes that was connected to a tumor on my head. I developed a brain tumor from them pressuring my head from Jeffs Blue Origin equipment.
Vernon Riddick is trapped on Jeff Bezos line.
Anna Sullivan
860.692.4147